**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Appellant,**

v.

**KCE & L, LLC, et al., Respondents.**

**WD 78847**

Missouri Court of Appeals, Western District.

ORDER FILED: May 3, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2016

Robert Wulff, St. Louis, MO, Counsel for Appellant

Benjamin Fletcher, St. Louis, MO, Co–Counsel for Appellant

James Maggard, Kansas City, MO, Counsel for Respondent, Schonemann

Stephen Mirakian, Kansas City, MO, Counsel for remaining Respondents

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

**ORDER**

Per Curiam:

American Family Mutual Insurance Co. (American Family) appeals a judgment on motions and cross-motions for summary judgment in this action seeking a declaration as to its responsibility to defend and indemnify its insureds in underlying litigation asserting damages against them on behalf of a putative class for breach of contract, negligence, and violation of the Missouri Merchandising Practices Act (MMPA). We affirm. Rule 84.16(b).